UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN B WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 23-cv-03210-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 43 |

On November 20, 2024, Plaintiff Kevin B Williams filed a motion to set aside the judgment. (Dkt. No. 43.) The deadline for Defendant, the Commissioner of Social Security, to file a response was December 4, 2024. To date, Defendant has not filed a response. Accordingly, the Court HEREBY orders Defendant to show cause why the Court should not grant the motion as unopposed. Defendant's response to this order to show cause is due on or before December 17, 2024. If Defendant seeks to file an untimely response brief, Defendant must submit a proposed response brief alongside a request for untimely filing showing good cause for the failure to comply with the original deadline on or before December 17, 2024.

Finally, the December 11, 2024 deadline for Plaintiff to file a reply brief is HEREBY vacated. If Defendant seeks to file an untimely response brief, and if the Court grants that request, it shall set a new deadline for Plaintiff to file a reply brief.

**IT IS SO ORDERED**.

Dated: December 10, 2024

SALLIE KIM
United States Magistrate Judge